**INTOUCH GROUP,**

v.

**ENTERTAINDOM LLC.**

No. 03–1404.

United States Court of Appeals,
Federal Circuit.

Sept. 29, 2003.

### ORDER

Upon review of Joint Motion of Appellant Intouch Group, Inc. and Appellee Entertaindom LLC to Dismiss Appeal and for good cause shown, this Court hereby DISMISSES the above-captioned appeal with prejudice. Each party to bear its own costs and attorneys fees.

IT IS SO ORDERED.

**AA, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 03–7193.

United States Court of Appeals,
Federal Circuit.

Sept. 29, 2003.

Sandra E. Booth, for Claimant–Appellant.

Michael O'Connell, for the Secretary.

### ORDER

Upon unopposed Motion of the Claimant–Appellant, it is hereby

ORDERED that the Notice of Appeal filed in the instant case shall be, and hereby is, withdrawn, and this case is dismissed from the docket of the Court.

Costs to the Claimant–Appellant